Dear LISA,

I would like to know if my appeal is still pending in Austin. Could you give me the address so that way I could correspond with them on my appeal information. Thank you.

Sincerely
Anthony Soto

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 27 2016

Abel Acosta, Clerk